```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

| | |
|---|---|
| **CHARLOTTE HOLMES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 23-cv-02712-MSN-tmp |
| ) | |
| **PUBLIX SUPERMARKETS, INC.,** ) | |
| ) | |
| Defendant. ) | |

**ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS**

Before the court is *pro se* plaintiff Charlotte Holmes's amended complaint against Publix Supermarkets, Inc. ("Publix"). (ECF No. 1.) By order of reference and pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination and/or report and recommendation, as appropriate. (ECF No. 10.)

IT IS ORDERED that the Clerk shall issue process for the defendant and deliver said process to the U.S. Marshal for service in accordance with 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3). All costs of service shall be advanced by the United States.

IT IS ORDERED that the plaintiff shall serve a copy of every further document filed in this cause on the attorneys for the defendant, or on the defendant if the defendant does not have an

attorney. The plaintiff shall make a certificate of service on every document filed. The plaintiff shall become familiar with the Federal Rules of Civil Procedure and this court's Local Rules.[1]

The plaintiff shall promptly notify the Clerk in writing of any change of address. Failure to comply with this requirement, or any other order of the court, may result in the dismissal of this case without further notice.

IT IS SO ORDERED.

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

June 21, 2024
Date

---

[1] A free copy of the Local Rules may be obtained from the Clerk. The Local Rules are also available on the court's website at www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf.